OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs. .
 

 We agree, for the reasons stated by Justice Ann T. Mikoll at the Appellate Division (139 AD2d 147), that the Department of Social Services did not violate procedural requirements in adopting a definition of "mental disability” for the purpose of reimbursement eligibility pursuant to Social Services Law § 368-a; and that the definition adopted by the Department of Social Services is neither irrational nor arbitrary.
 

 Chief Judge Wachtler and Judges Simons, Kaye, Alexander, Titone, Hancock, Jr., and Bellacosa concur.
 

 Order affirmed, with costs, in a memorandum.